1:24 -CV- 0200

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 16 2024

KEVIN P. WEIMER, Clerk
By:             Deputy Clerk

for the

District of

Division

Dennick Bernard Jackson

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Melynee Leftridge-Harris,
Grant Brantley, Patrick Labat,
Fulton County Sheriff.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☑ Yes    ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    Derrick Bernard Jackson

Address    1000 Leadenhall Street, Johns Creek, GA 30022

|  | City | State | Zip Code |

County    Fulton

Telephone Number    (478) 454 - 4086

E-Mail Address    divcapbills @ gmail. com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    Melynee Leftridge-Harris

Job or Title *(if known)*    Judge of Superion Court of Fulton County

Address    185 Central Avenue
Courtroom : 8C Chambers 8755
Atlanta, Georgia 30303

|  | City | State | Zip Code |

Page 2 of 7

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

County         Fulton

Telephone Number

E-Mail Address *(if known)*

                                   Individual capacity        Official capacity

Defendant No. 2
   Name    Grant Brantley
   Job or Title *(if known)*  Judge of Superior Court
   Address  2359 Tayside Xing, NW
            Kennesaw, Georgia 3015
                                   City              State          Zip Code
   County   Cobb

Telephone Number

E-Mail Address *(if known)*

                                   Individual capacity        Official capacity

Defendant No. 3
   Name    Patrick Labat
   Job or Title *(if known)*  Sheriff of Fulton County
   Address  165 Central Avenue
            Atlanta, Georgia 30303
                                   City              State          Zip Code
   County   Fulton

Telephone Number

E-Mail Address *(if known)*

                                   Individual capacity        Official capacity

Defendant No. 4
   Name    Adele Gruggs

Page 3 of 7

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Job or Title *(if known)* *Judge of Superior Court*

Address *1018 Grantham Way, SW*
*Moniet, Georgia 30064*

                                           *City*               *State*            *Zip Code*

County *Cobb*

Telephone Number

E-Mail Address *(if known)*

                                    Individual capacity        Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

        Federal officials (a *Bivens* claim)

        State or local officials (a § 1983 claim) ✔

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*My fourteenth Amendment Right to due process is and have been deprived by the above defendants under color of state law.*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See Memorandum of Facts attached hereto.*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Fulton County Superior Court

B.    What date and approximate time did the events giving rise to your claim(s) occur?

See Memo attached

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See memo attached.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See memo attached

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                          12/26/2023

Signature of Plaintiff

Printed Name of Plaintiff        Derrick B. Jackson

## B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | | |
|------|-------|----------|
| *City* | *State* | *Zip Code* |

Telephone Number

E-mail Address

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

## MEMORANDUM OF FACTS.

## 1.

On October 21, 2022, Melynee Leftridge acted under color of state law as judge of the Superior Court of Fulton County, Georgia, and ordered that Plaintiff have a jury trial without a court reporter in violation and deprivation of Plaintiff's rights to a fair and impartial trial by jury. Defendant did not afford Plaintiff the opportunity to secure a court reporter.

Defendant forced plaintiff to file Chapter 13 Bankruptcy on October 24, 2022, to stop the bogus trial.

2.

On December 21, 2022, Defendant Melynee Leftridge, without a notice and opportunity to be heard issued in order evicting Plaintiff from his house and ordered that Plaintiff pay an additional $30,000.00 by December 31, 2022, all in violation of and deprivation of plaintiff's due process rights.

3.

On January 12, 2023, Defendant Leftridge authorized the sheriff of Fulton County to evict Plaintiff's fiance, and children out of the house although none of the others were parties to the eviction suit not part of the catch

all phrase and others in the dispossessory proceedings and without a court order.

4.

Defendant Leftridge has refused to recuse herself from this case in accordance with due process although there's a clear case of bias and connection to Hall Booth and Smith law firm representing the other party. Instead of recusing herself, Leftridge is appointing judges under the Project ORCA  as a cover fire and to carry out her agenda.

5.

Defendant Brantley, after being appointed and assigned by Leftridge, ordered plaintiff  held in contempt of court and arrested for failure to pay $30,000.00 plus $7k

into the registry of the court despite the fact that Plaintiff was evicted from the property on January 12, 2023. The purpose of paying into the registry, under Georgia law, is to authorize a tenant to remain in possession of the premises pending the outcome of the case. The statute does not authorize the judges to issue an order to arrest for failure to pay into the registry.

6.

Judge Adele Gruggs is depriving Plaintiff of his constitutional rights secured by the laws and constitution of the United States by ruling against Plaintiff and sanctioning Plaintiff in the Superior Court of Fulton County for filing bankruptcy.

Wherefore, Plaintiff is requesting an immediate writ of injunction against the unlawful, unconstitutional orders to

prevent the sheriff from unlawfully arresting Plaintiff and further depriving plaintiff of his constitutional rights and more than $1 million in damages.