Generated: Jan 16, 2024 1:08PM



**1 : 24 -CV- 0 2 0 0**

# U.S. District Court

## Georgia Northern - Atlanta

### THIS IS A COPY

Receipt Date: Jan 16, 2024 1:08PM

DERRICK B. JACKSON

| Rcpt. No: 100008971 | Trans. Date: Jan 16, 2024 1:08PM | | | Cashier ID: #CP |
|---|---|---|---|---|

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CA | Cash | $405.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered: | $405.00 |
| Total Cash Received: | $405.00 |
| Cash Change Amount: | $0.00 |

When presenting a check as payment, you are authorizing the court to convert your payment to a one-time electronic funds transfer from your account. A $53.00 returned check fee will be assessed for any check payment returned as uncollected.